**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**AMI GAO ET AL.,**

                **Plaintiffs,**          20-cv-7517 (JGK)

      **- against -**          <u>ORDER</u>

**U.S. DEPARTMENT OF HOMELAND SECURITY ET AL.,**

                **Defendants.**

---

**JOHN G. KOELTL, District Judge:**

As stated at the conference held today, **September 16, 2020**, the plaintiffs' counsel agreed to provide the plaintiffs' Alien Registration Numbers ("A numbers") by **September 23, 2020**. The parties will then confer about the most appropriate next steps, including any procedural steps, such as any possible motions, and a proposed briefing schedule, as well as any possibility of resolution. Parties should submit a status letter by **October 9, 2020.**

**SO ORDERED.**

**Dated:**    **New York, New York**
           **September 16, 2020**          <u>  /s/ John G. Koeltl  </u>
                                                       **John G. Koeltl**
                                       **United States District Judge**