```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
AMI GAO et al.,                                                      :
                                                                     :
                        Plaintiffs,                                  :
                                                                     :              20-CV-7517 (JPC)
           -v-                                                       :
                                                                     :              NOTICE OF
UNITED STATES DEPARTMENT OF HOMELAND                                 :              REASSIGNMENT
SECURITY et al.,                                                     :
                                                                     :
                        Defendants.                                  :
                                                                     :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      This case has been reassigned to the undersigned.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at [https://www.nysd.uscourts.gov/hon-john-p-cronan](https://www.nysd.uscourts.gov/hon-john-p-cronan).**  Counsel for all parties are hereby directed to file a joint status letter by October 20, 2020, describing the parties' discussions, stating whether any issues in the case have been narrowed or resolved, and, if applicable, proposing a briefing schedule for the Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order (Dkt. 13) and any other anticipated motions.

      In accordance with the Court's Individual Rules and Practices for Civil Cases, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours (*i.e.*, two business days) before the deadline or scheduled appearance, absent compelling circumstances.  The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests

were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

    SO ORDERED.

Dated: October 19, 2020
       New York, New York

_____
JOHN P. CRONAN
United States District Judge