```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
AMI GAO et al.,                                                        :
                                                                       :
                            Plaintiffs,                                :
                                                                       :           20 Civ. 7517 (JPC)
            -v-                                                        :
                                                                       :           ORDER
UNITED STATES DEPARTMENT OF HOMELAND                                   :
SECURITY et al.,                                                       :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On January 23, 2021, Defendants moved to dismiss Plaintiffs' original Complaint. (Dkt. 80). On February 16, 2021, Plaintiffs filed a First Amended Complaint. (Dkt. 90). Defendants are directed to file a letter with the Court by February 26, 2021, advising whether they plan to renew their motion to dismiss as to the First Amended Complaint. If so, Defendants should propose a briefing schedule for their forthcoming motion.

Defendants' Motion to Dismiss (Dkt. 80) is denied as moot without prejudice to refile.

The Clerk of Court is respectfully directed to close the motion pending on Docket Number 80.

SO ORDERED.

Dated: February 19, 2021
       New York, New York                              _____
                                                              JOHN P. CRONAN
                                                          United States District Judge